Michael R. ATRAQCHI and Irene S. Atraqchi, Appellants,

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al., Appellees.

No. 00–7236.

United States Court of Appeals, District of Columbia Circuit.

May 24, 2001.

Before EDWARDS, Chief Judge; RANDOLPH and TATEL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's orders filed July 3, 2000 and September 8, 2000 be affirmed substantially for the reasons stated in its July 3, 2000 memorandum opinion.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.